Normal State Bank, Appellant, v. William A. Killian and Elizabeth Killian, Appellees.

Gen. No. 9,325.

opinion filed February 24, 1943; opinion modified and rehearing denied May 4, 1943. Norbert B. Tyrrell, Arthur H. Shay and Bracken, Livingston & Murphy, for appellant; Stone & Taylor, for appellees. PER CURIAM. "Not to be published in full."

Thomas Williamson et al., Appellees, v. Mildred Draper, Appellant.

opinion filed March 2, 1943; rehearing denied April 14, 1943. Karns & Bandy, for appellant; J. F. Eeck, for appellees. Opinion by JUSTICE STONE. "Not to be published in full."